United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYED HASAN ARZOO ZAIDI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THOMAS HORTON and CLEM BASON,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 13-01586 WHA<br><br>**ORDER TO SHOW CAUSE** |

　　　Pro se plaintiff Syed Hasan Arzoo Zaidi filed a complaint against defendants on April 8, 2013. On May 24, defendants filed motions to dismiss the complaint. Pursuant to Local Rule 7-3, plaintiff's oppositions or statements of non-opposition to the motions were due on June 10, 2013. That date has come and gone and no response has been received. Accordingly, plaintiff is hereby **ORDERED TO SHOW CAUSE** why the motions should not be granted. Plaintiff's response is due by **NOON ON JUNE 20**.

　　　Plaintiff is hereby warned that failure to timely respond may result in the motions to dismiss being granted or the action being dismissed for failure to prosecute. The hearing scheduled for July 11 shall remain on calendar. Additionally, the case management conference scheduled for July 11 shall also go forward as scheduled. Defendants' request to continue the case management conference is **DENIED**. The parties' joint case management statement is due at least **SEVEN CALENDAR DAYS** prior to the case management conference.

　　　**IT IS SO ORDERED.**

Dated: June 12, 2013.

　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE