IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYED HASAN ARZOO ZAIDI,

    Plaintiff,

  v.

THOMAS HORTON and CLEM BASON,

    Defendants.
                              /

No. C 13-01586 WHA

**SECOND ORDER TO SHOW CAUSE**

      Pro se plaintiff Syed Hasan Arzoo Zaidi filed a complaint against defendants on April 8, 2013. On May 24, defendants filed motions to dismiss the complaint. Pursuant to Local Rule 7-3, plaintiff's oppositions or statements of non-opposition to the motions were due on June 10. No response was received. Accordingly, an order to show cause was issued on June 12 requiring plaintiff to respond by noon on June 20. That date has come and gone and no response has been received. Accordingly, plaintiff is again **ORDERED TO SHOW CAUSE** why the motions should not be granted. Plaintiff's response is due by **NOON ON JULY 1**.

      Plaintiff is hereby warned a second time that failure to timely respond may result in the motions to dismiss being granted or the action being dismissed for failure to prosecute. The hearing scheduled for July 11 shall remain on calendar.

      **IT IS SO ORDERED.**

Dated: June 21, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California