1

2

3

4

5

6                     IN THE UNITED STATES DISTRICT COURT

7

8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   SYED HASAN ARZOO ZAIDI,                     No. C 13-01586 WHA

11              Plaintiff,

12     v.                                        **ORDER CONTINUING
                                                 CASE MANAGEMENT**
13   THOMAS HORTON and CLEM BASON,               **CONFERENCE**

14              Defendants.

15   _____/

16          The Court hereby **CONTINUES** the case management conference, currently set for July 11,

17   2013, to **SEPTEMBER 12, 2013, AT 11:00 A.M.**  Please file a joint case management statement at

18   least seven days prior.

19

20          **IT IS SO ORDERED.**

21

22   Dated:  July 9, 2013.                       _____
                                                 WILLIAM ALSUP
23                                               UNITED STATES DISTRICT JUDGE

24

25

26

27

28

**United States District Court**
For the Northern District of California