IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYED HASAN ARZOO ZAIDI,

    Plaintiff,

  v.

AMERICAN AIRLINES, INC.,

    Defendant.
                                   /

No. C 13-01586 WHA

**ORDER RE ATTORNEY'S FEES AND INTRADISTRICT TRANSFER**

      Before ruling on plaintiff's motion for intradistrict transfer or providing relief from the award of attorney's fees, plaintiff shall answer the following under oath or penalty of perjury:

      1.    Plaintiff must submit proof demonstrating that he is "physically disabled . . . [and] suffering from incurable and terminal heart disease" (Compl. ¶ 2). The medical bills appended to the complaint are insufficient. Plaintiff shall provide current medical diagnostic evidence showing the extent of his heart condition and his physical limitations.

      2.    Exhibit 5 of plaintiff's complaint shows that the Albuquerque Regional Medical Center *ruled out* myocardial ischemia after evaluating plaintiff's condition. Plaintiff shall explain why he supplied this record as evidence of his heart condition when it shows the opposite.

      3.    Evidently plaintiff is a medical doctor. Plaintiff must explain how a medical doctor has so few assets. Plaintiff shall detail the aspects of his past

1  practice, including his annual income, and whether he received payments or
2  practiced through an LLC.
3      4.    Plaintiff represents that he has a car (Dkt. No. 30 at 1).
4  Plaintiff must explain whether he is able to drive and whether he can drive his
5  car to the courthouse in San Francisco.
6      5.    Plaintiff's complaint states that he had to "run" a long distance to
7  reach his gate at the airport (Compl. ¶ 18). Plaintiff must explain how he was
8  able to run this distance, given his alleged physical disability.

Plaintiff must file a declaration answering these questions by **AUGUST 13, 2013, AT NOON**. A copy must be served upon opposing counsel. Defendant will then have one week to depose plaintiff for ninety minutes regarding his declaration. Upon proper notice, the deposition will occur at a time and place of plaintiff's choosing. Evidence from the deposition must be submitted by **AUGUST 20, 2013, AT NOON**. Failure to cooperate in discovery will be taken into account.

The issue of whether plaintiff's amended complaint will become operative is **HELD IN ABEYANCE** pending resolution of the issues laid out in this order.

**IT IS SO ORDERED.**

Dated: August 1, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2